IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIONNA WEST, | : | CIVIL ACTION |
| vs. | : | |
| TRANSUNION, et al. | : | NO. 22-4732 |

### ORDER

**AND NOW**, this 29th day of November, 2023, it having been reported that the issues between **plaintiff Kionna West and defendant Equifax** have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that this action is **DISMISSED as to defendant Equifax** only **with prejudice**, pursuant to agreement of counsel without costs.

Copies Emailed on 11/29/23 to:
  John Shaffer, Jr., Esq.
  Justin T. Walton, Esq.
  Chelee A. John, Esq.
  Mikaila Julianne John, Esq.
  Mohammad A. Ghiasuddin, Esq.

ATTEST:          or    BY THE COURT:

BY: */s/ Katie Rolon*                   _____
    Katie Rolon, Deputy Clerk                   J.
    To the Honorable Gerald J. Pappert

Civ 12 (9/83)
41(b)pty